No. 79–1382. SWITLIK ET AL. *v.* HARDWICKE CORP. ET AL. Super. Ct. N. J. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 79–1383. GANT ET AL. *v.* UNION BANK ET AL. C. A. 9th Cir. Motion of International Business Machines Corp. for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and petition. ▮▮▮▮▮▮▮▮▮▮▮

No. 79–1396. INTERNATIONAL BUSINESS MACHINES CORP. *v.* GREYHOUND COMPUTER CORP. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 79–1636. WINPISINGER ET AL. *v.* WATSON ET AL. C. A. D. C. Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 79–5987. JOLLY *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 79–6229. HUETER *v.* LUTHERAN SOCIAL SERVICES OF CENTRAL OHIO ET AL. Ct. App. Ohio, Franklin County. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

▮▮▮▮▮▮

No. 79–1039. WILLIAM C. HAAS & CO., INC. *v.* CITY AND COUNTY OF SAN FRANCISCO, 445 U. S. 928;

No. 79–5626. SIMON *v.* TEXAS ET AL., 445 U. S. 938; and

No. 79–5863. GODWIN *v.* UNITED STATES, 445 U. S. 932. Petitions for rehearing denied.